96

UNITED STATES of America, Appellant, v. Robert B. BLACK, Donald S. Black, and Roger A. Black, Executors of the Estate of Frank B. BLACK, Deceased, Appellees.

No. 10446.

Circuit Court of Appeals, Sixth Circuit.

Oct. 16, 1947.

Don C. Miller and Francis B. Kavanagh, both of Cleveland, Ohio, and Fredk. G. Rita, Franklin Korrell, and Sewall Key, all of Washington, D. C., for appellant.

Jones, Day, Cockley & Reavis, of Cleveland, Ohio, and William McE. Weldon, of Mansfield, Ohio, for appellees.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER 'CURIAM.

This case came on to be heard upon the briefs and record and oral argument of counsel; and it appearing that the controlling questions are questions of fact, and that the findings of fact of the District Court are supported by the evidence: it is ordered that the judgment, 68 F.Supp. 74, be, and it hereby is, affirmed.